# Federal Defender Services Of Wisconsin, Inc.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Joseph A. Bugni, Supervising Attorney
Shelley M. Fite
Peter R. Moyers
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703
Telephone 608-260-9900
Facsimile 608-260-9901

April 14, 2017

**VIA E-MAIL**
Annette Barna
District Attorney
Rusk County District Attorney's Office
311 East Miner Avenue
Suite L327
Ladysmith, Wisconsin 54848

    Re:    *United States v. Michael A. Krauter*
             Case No. 16-cr-60-jdp

Dear District Attorney Barna:

    This is the proposed agreement between Michael A. Krauter and the Office of the District Attorney, Rusk County, Wisconsin ("Rusk County DA's Office").

    1.    Krauter agrees to advocate for a 20-year sentence in his criminal case in the United States District Court for the Western District of Wisconsin, *United States v. Michael A. Krauter*, 16-cr-60-jdp. He agrees to argue that any sentence below 20 years would not be reasonable.

    2.    Krauter agrees to admit at his sentencing hearing that he sexually assaulted the four victims referenced in the Rusk County Sheriff's Office ("RCSO") Incident Report (attached hereto as Exhibit 1): A.M-S., S.K., H.R., and S.H. (each a "victim," and collectively, "victims").

    3.    Krauter agrees to advocate for a supervised release condition that forbids his contacting, either directly or indirectly, the victims. He also agrees to advocate for a condition that forbids his knowingly coming within 1,000 feet of any victim.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

District Attorney Barna
April 14, 2017
Page 2

    4.    In the event of his release from prison back into the community before his death, Krauter and his counsel each agree to notify the Rusk County DA's Office and the RCSO of his release.

    5.    In consideration for the foregoing, the Rusk County DA's Office agrees it will not prosecute Krauter for the remainder of his life for any of his conduct involving any of the four victims, regardless of whether the conduct is referenced in Exhibit 1.

If your understanding of the above agreements conforms with ours, please sign below.

Sincerely,

Peter R. Moyers
Associate Federal Defender

Michael A. Krauter

Annette Barna    4/21/17        4-14-17
Annette Barna                    Date
District Attorney
Rusk County District Attorney's
  Office